UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:17-CR-143-JTM-JPK |
| ) | |
| ASIA HILL, ) | |
| Defendant. ) | |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A SUPERVISED RELEASE REVOCATION HEARING

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On September 1, 2020, the United States Government appeared by counsel Assistant United States Attorney Jennifer Chang. Defendant Asia Hill appeared in person and by counsel Matthew Soliday. United States Probation Officer Eric Johnston also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

Defendant Hill was initially sentenced in the United States District Court for the Northern District of Illinois to a term of imprisonment of 121 months, to be followed by a term of supervised release of 60 months. Defendant Hill's term of supervision began on May 26, 2017 and was scheduled to expire on May 25, 2022. On November 16, 2017, Defendant Hill's supervised release was transferred to this jurisdiction.

On April 30, 2020, a United States Probation Officer filed a petition alleging that Defendant Hill violated the terms and conditions of her supervised release [DE 23], and a summons was issued. On July 8, 2020, an Initial Appearance was held. On August 3, 2020, the United States Probation Officer filed an Amended Summary Report of Violations [DE 32].

On August 4, 2020, Defendant Hill filed a motion to transfer this case to a Magistrate Judge. On August 13, 2020, Judge James T. Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), and, if applicable, to make a recommended disposition under 18 U.S.C. § 3583(e).

As a result of the September 1, 2020, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Hill has been advised of her right to remain silent, her right to counsel, her right to be advised of the charges against her, her right to a contested Supervised Release Revocation Hearing, and her rights in connection with such a hearing;

2. Defendant Hill understands the proceedings, allegations and her rights;

3. Defendant Hill knowingly and voluntarily admitted that she committed the offenses of entering into an illegal marriage, using a stolen credit card to make unauthorized purchases, failing to truthfully answer an inquiry regarding her marital status from her probation officer, failing to notify her probation officer about a change of residence, failing to notify her probation officer of a meeting with law enforcement, failing to make payments toward her Special Assessment or Restitution since March 2018, failing to provide financial information requested by her probation officer, being arrested for shoplifting, and being arrested for possession/use of a firearm [DE 41];

4. These violations are Grade B and C violations.

5. These violations, combined with the fact that Defendant Hill's Criminal History Category was found to be III during her original sentencing hearing, produce an Advisory Guidelines Imprisonment Range of 8 to 14 Months for her Grade B violations and 5 to 11 month for her Grade C Violations.

6. The parties, and the United States Probation Officer, have agreed that a sentence of 4 months incarceration, with no further supervised release to follow, is appropriate.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James T. Moody that:

1. Defendant Hill be adjudged to have committed the violations of her supervised release described in the August 3, 2020, Amended Summary Report of Violations [DE 32];

2. The Agreed Disposition of Supervised Release Violation [DE 41] be accepted;

3. Defendant Hill be sentenced to 4 months incarceration, with no supervision to follow; and

4. Defendant Hill receive credit for time served on the pending petition for revocation of supervised release.

The parties agreed to waive any objections to these Findings and Recommendation.

So ORDERED this 2nd day of September, 2020.

s/ Joshua P. Kolar  
MAGISTRATE JUDGE JOSHUA P. KOLAR  
UNITED STATES DISTRICT COURT

cc:   Honorable James T. Moody