UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:17 CR 143 |
| | ) | |
| ASIA HILL | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated September 2, 2020 (DE # 43), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of supervised release described in the August 3, 2020, Amended Summary Report of Violations (DE # 32). The Agreed Disposition of Supervised Release Violation (DE # 41) is accepted. Defendant is sentenced to 4 months incarceration, with no supervision to follow, with credit for time served on the pending petition for revocation of supervised release.

**SO ORDERED.**

Date: September 3, 2020

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT